UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERRI JO PARROTTA,

        Plaintiff,                Case No. 2:17−cv−00069−PLM−TPG

v.                               Hon. Paul L. Maloney

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Defendant.
_____/

## ORDER

The Court has been informed by telephone call from counsel for defendant of the agreement between the parties to settle this matter. Accordingly, appropriate closing documents shall be filed with the Court by November 27, 2017.

IT IS SO ORDERED.

Dated: October 26, 2017                /s/ Paul L. Maloney
                                                PAUL L. MALONEY
                                                United States District Judge