UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERI JO PARROTTA,                                     Case No. 2:17-cv-00069

          Plaintiff,

v.                                                                  Hon. Paul L. Maloney

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

          Defendant.

| | |
|---|---|
| Greg M. Liepshutz (P37573) | D. Andrew Portinga (P55804) |
| Levine Benjamin PC | MILLER JOHNSON |
| 100 Galleria Officentre Ste. 411 | Attorneys for Defendant |
| 27700 Northwestern Hwy | 45 Ottawa Avenue SW, Suite 1100 |
| Southfield, MI  48034 | Grand Rapids, MI 49503 |
| (248) 352-5700 | (616) 831-1700 |
| gliepshutz@levinebenjamin.com | portingaa@millerjohnson.com |

**STIPULATION AND ORDER OF DISMISSAL**

The parties stipulate to the dismissal of Plaintiff's complaint with prejudice and without costs.

By   /s/ Greg M. Liepshutz w permission
     Greg M. Liepshutz (P37573)
     LEVINE BENJAMIN PC
     Attorneys for Plaintiff
     100 Galleria Officentre Ste. 411
     27700 Northwestern Hwy.
     Southfield, MI  48034

By   /s/ D. Andrew Portinga
     D. Andrew Portinga (P55804)
     Miller Johnson
     Attorneys for Defendant
     45 Ottawa Avenue SW, Ste. 1100
     Grand Rapids, Michigan  49503

Dated: November 27, 2017

Dated:  November 27, 2017

IT IS SO ORDERED.

Dated:  November  28 , 2017

    /s/ Paul L. Maloney
    Hon. Paul L. Maloney